UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CV-23549-RAR

JOSUE ANTONIO ESPINALES JARQUIN,

     Petitioner,

v.

W.T. TAYLOR, *Warden*, *et al.*,

     Respondents.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Petitioner's Notice of Voluntary Dismissal, [ECF No. 13], filed on July 27, 2026.  The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *without prejudice*.  All pending deadlines are hereby **TERMINATED**.  The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 27th day of July, 2026.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**